```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 50904
    LAMONT DILL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-0930

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 10/12/2005 and was confirmed 01/12/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.09% from remaining funds.

    The case was paid in full 01/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
NATIONAL AUTO FINANCE CO  SECURED                  .00           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED                .00           .00            .00
ADVANCED HAIR SOLUTIONS   UNSECURED         NOT FILED            .00            .00
ALLSTATE CHECK CASHING    UNSECURED             449.35           .00          49.82
JEFFERSON CAPITAL SYSTEM  UNSECURED            1320.29           .00         146.38
BMG                       UNSECURED         NOT FILED            .00            .00
CASH AMERICAN FINANCIAL   UNSECURED         NOT FILED            .00            .00
FINANCIAL ASSET MANAGEME  UNSECURED         NOT FILED            .00            .00
COLUMBIA HOUSE            UNSECURED         NOT FILED            .00            .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED            .00            .00
MIDLAND                   UNSECURED         NOT FILED            .00            .00
NETWORK TELEPHONE SERVIC  UNSECURED         NOT FILED            .00            .00
ONE IRON VENTURES INSTAN  UNSECURED         NOT FILED            .00            .00
I C COLLECTION SERVICE    UNSECURED         NOT FILED            .00            .00
PEOPLES GAS               UNSECURED         NOT FILED            .00            .00
DEBT CREDIT SERVICES      UNSECURED         NOT FILED            .00            .00
SOUTHWEST CREDIT          UNSECURED         NOT FILED            .00            .00
WESTLAKE HOSPITAL         UNSECURED         NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED            1186.77           .00         131.58
NUVELL CREDIT CO LLC      NOTICE ONLY     NOT FILED              .00            .00
DAVID M SIEGEL            DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                             212.23
DEBTOR REFUND             REFUND                                               94.35

    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 3,334.36

PRIORITY                                          .00
SECURED                                           .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 50904 LAMONT DILL
```

```
UNSECURED                                                   327.78
ADMINISTRATIVE                                            2,700.00
TRUSTEE COMPENSATION                                        212.23
DEBTOR REFUND                                                94.35
                                    ---------------   ---------------
TOTALS                                     3,334.36          3,334.36
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```